170 A.3d 325

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. D.C., DEFENDANT–RESPONDENT,

August 1, 2017

ORDER

It is ORDERED that the motion for stay pending disposition of the petition for certification is granted.

170 A.3d 325

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. MELVIN T. DICKERSON, DEFENDANT–RESPONDENT.

September 8, 2017

ORDER

This matter having come before the Court on the State's motion for leave to appeal from the Appellate Division's decision, *State v. Melvin T. Dickerson*, No. A–2734–16 (App. Div. July 5, 2017); and

The Court having reviewed the parties' submissions and for good cause shown; it is

ORDERED that the motion for leave to appeal is granted.